IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA


DAVID HALL                        :          CIVIL ACTION
                                  :
          v.                      :
                                  :
CITY OF PHILADELPHIA, et al.      :          NO. 09-888


                              ORDER


          AND NOW, this 19th day of May, 2010, for the reasons

set forth in the accompanying Memorandum, it is hereby ORDERED

that:

          (1)  the motion of defendants to dismiss the amended

complaint is GRANTED; and

          (2)  the motion of plaintiff to amend his complaint is

DENIED.

                              BY THE COURT:



                              /s/ Harvey Bartle III
                                                      C.J.